JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Peoples Security Bank & Trust Co.

**DEFENDANTS**
Ranjit Singh

**(b)** County of Residence of First Listed Plaintiff: **Lackawanna**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Nassau**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
James T. Shoemaker, Esq.
600 Third Avenue
Kingston, PA 18704   570.287.3000

Attorneys *(If Known)*
N/A

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [x] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [x] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander / [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 340 Marine | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | [ ] 345 Marine Product Liability | | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / **PERSONAL PROPERTY** / [ ] 370 Other Fraud | **LABOR** | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | | [ ] 485 Telephone Consumer Protection Act |
| [x] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | | | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | [ ] 362 Personal Injury - Medical Malpractice / [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act / [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) / [ ] 863 DIWC/DIWW (405(g)) / [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| | | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights / **Habeas Corpus:** | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 220 Foreclosure | [ ] 441 Voting / [ ] 463 Alien Detainee | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment / [ ] 510 Motions to Vacate Sentence | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations / [ ] 530 General | | | |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 446 Amer. w/Disabilities - Other / **Other:** / [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | [ ] 448 Education / [ ] 550 Civil Rights / [ ] 555 Prison Condition / [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. §1332(a)

Brief description of cause:
Breach of Contract and Unjust Enrichment

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** $100,873.30

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] Yes  [x] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____  DOCKET NUMBER _____

DATE: 2/5/2026
SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

10/2024

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### DESIGNATION FORM

Place of Accident, Incident, or Transaction: 8030 William Penn Highway, Easton, PA 18045

---

**RELATED CASE IF ANY:** Case Number:_____ Judge:_____

1. Does this case involve property included in an earlier numbered suit? — Yes ☐
2. Does this case involve a transaction or occurrence which was the subject of an earlier numbered suit? — Yes ☐
3. Does this case involve the validity or infringement of a patent which was the subject of an earlier numbered suit? — Yes ☐
4. Is this case a second or successive habeas corpus petition, social security appeal, or pro se case filed by the same individual? — Yes ☐
5. Is this case related to an earlier numbered suit even though none of the above categories apply? If yes, attach an explanation. — Yes ☐

I certify that, to the best of my knowledge and belief, the within case ☐ is / ☒ is not related to any pending or previously terminated action in this court.

---

**Civil Litigation Categories**

*A. Federal Question Cases:*

1. Indemnity Contract, Marine Contract, and All Other Contracts
2. FELA
3. Jones Act-Personal Injury
4. Antitrust
5. Wage and Hour Class Action/Collective Action
6. Patent
7. Copyright/Trademark
8. Employment
9. Labor-Management Relations
10. Civil Rights
11. Habeas Corpus
12. Securities Cases
13. Social Security Review Cases
14. Qui Tam Cases
15. Cases Seeking Systemic Relief *see certification below*
16. All Other Federal Question Cases. *(Please specify)*:_____

*B. Diversity Jurisdiction Cases:*

1. Insurance Contract and Other Contracts
2. Airplane Personal Injury
3. Assault, Defamation
4. Marine Personal Injury
5. Motor Vehicle Personal Injury
6. Other Personal Injury *(Please specify)*:_____
7. Products Liability
8. ☒ All Other Diversity Cases: *(Please specify)* Breach of Installment Sale Contract

I certify that, to the best of my knowledge and belief, that the remedy sought in this case ☐ does / ☒ does not have implications beyond the parties before the court and ☐ does / ☒ does not seek to bar or mandate statewide or nationwide enforcement of a state or federal law including a rule, regulation, policy, or order of the executive branch or a state or federal agency, whether by declaratory judgment and/or any form of injunctive relief.

---

**ARBITRATION CERTIFICATION (CHECK ONLY ONE BOX BELOW)**

I certify that, to the best of my knowledge and belief:

☐ Pursuant to Local Civil Rule 53.2(3), this case is not eligible for arbitration either because (1) it seeks relief other than money damages; (2) the money damages sought are in excess of $150,000 exclusive of interest and costs; (3) it is a social security case, includes a prisoner as a party, or alleges a violation of a right secured by the U.S. Constitution, or (4) jurisdiction is based in whole or in part on 28 U.S.C. § 1343.

☒ None of the restrictions in Local Civil Rule 53.2 apply and this case is eligible for arbitration.

NOTE: A trial de novo will be by jury only if there has been compliance with F.R.C.P. 38.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PEOPLES SECURITY BANK & TRUST, | CIVIL ACTION—LAW |
| Plaintiff | |
| | No. |
| v. | |
| RANJIT SINGH, | |
| Defendant. | |

## COMPLAINT

The plaintiff, Peoples Security Bank & Trust (the "Bank"), by and through its counsel, Hourigan, Kluger & Quinn, P.C., hereby complains of the defendant, Ranjit Singh (the "Borrower"), as follows:

### Section I
### The Parties

1. The Bank is a Pennsylvania banking corporation conducting business in the Commonwealth of Pennsylvania, having an office located at 216 S. Main Street, Old Forge, PA 18518.

2. The Borrower is an adult individual with a last known address of 2694 Forest Ave., E. Meadow, NY 11554.

### Section II
### Jurisdiction and Venue

3. This Court has diversity jurisdiction over this matter pursuant to 28 U.S.C. §1332(a) in that the action is between citizens of different states and the amount in controversy exceeds $75,000.00.

4. Venue is proper in this Court under 28 U.S.C. §1391(b), because a substantial part of

#4559712.1

the events or omissions giving rise to the Bank's claims occurred in this District.

<u>Section III</u>
Background

5. The Bank incorporates by reference all of the foregoing paragraphs as if more fully set forth herein at length.

6. On or about August 29, 2025, the Borrower entered into a motor vehicle retail installment stale contract (the "Contract") with 1nce Driven, located at 8030 William Penn Highway, Easton, PA 18045.

7. 1nce Driven immediately assigned its rights to the Contract to the Bank pursuant to the Contract, which was for the purchase of a 2023 Cadillac Escalade ESV (the "2024 Cadillac"), bearing VIN 1GYS4FKL8RR303893. (A true and correct copy of the Contract is attached hereto as **Exhibit "A"** and incorporated herein by reference.)

<u>Section IV</u>

**COUNT I**
**BREACH OF CONTRACT**

8. The Bank incorporates by reference all of the foregoing paragraphs as if more fully set forth herein at length.

9. The Borrower defaulted under the terms of the Contract in that he never made a monthly payment of principal and interest due under the Contract.

10. The Borrower has been past due for payment since his first payment was due on September 28, 2025.

11. The Borrower has failed and refused, despite repeated demands by the Bank, to pay the balance due under the Contract.

12. The balance of the Contract, as of January 12, 2025, is $100,873.30, consisting of the principal amount of $98,452.80, interest accrued in the amount of $2,289.06, and late charges in

#4559712.1

the amount of $131.44.00.

WHEREFORE, the Bank demands judgment in favor of the Bank and against the Borrower in the amount of $100,873.30, plus interest, attorneys' fees and costs until paid.

## COUNT II
## ALTERNATIVE TO COUNT I — UNJUST ENRICHMENT

13. The Bank incorporates by reference all of the foregoing paragraphs as if more fully set forth herein at length.

14. The Borrower has been unjustly enriched by accepting the benefit of the 2023 Cadillac without making any payments to the Bank.

15. If the Borrower were allowed to continue in his present position by failing and refusing to pay the Bank, a severe financial injustice will continue to occur.

16. The enrichment of the Borrower is unjust, as the Borrower has continually failed and refused to pay the Bank while retaining the 2023 Cadillac.

WHEREFORE, the Bank demands judgment in favor of the Bank and against the Borrower in the amount of $100,873.30, plus interest, attorneys' fees and costs until paid.

    Respectfully submitted,

    HOURIGAN, KLUGER & QUINN, P.C.

    BY: _____
    James T. Shoemaker, Esquire
    ID No.: 63871
    Counsel for the plaintiff, Peoples Security Bank & Trust

600 Third Avenue
Kingston, PA 18704
(570) 287-3000 (phone)
(570) 287-8005 (fax)
jshoemaker@hkqlaw.com (email)

Dated: February 5, 2026

#4559712.1

# RETAIL INSTALLMENT SALE CONTRACT – SIMPLE FINANCE CHARGE
## (WITH ARBITRATION PROVISION)

134    8-19-25    500188348

| Buyer Name and Address (including County and Zip Code) | Co-Buyer Name and Address (including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| RANJIT SINGH<br>2694 FOREST AVE<br>E. MEADOW, NY 11554<br>Cell: NASSAU<br>Email: | Cell: ( ) -<br>Email: | INCE DRIVEN<br>8030 WILLIAM PENN HWY<br>EASTON, PA 18045- |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Mfg Gross Vehicular Weight | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| U | 2023 | CADILLAC ESCALADE ESV | | 1GYS4HK97PR209803 | Personal, family, or household unless otherwise indicated below<br>☐ Business ☐ agricultural |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $30000.00 |
|---|---|---|---|---|
| 6.24 % | $ 19930.24 | $ 98452.80 | $ 118283.04 | $ 148283.04 |

### Your Payment Schedule Will Be:   (e) means an estimate

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | $ 1642.82 Monthly | beginning 09/28/2025 |
| | $ | |

Insurance. You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You may also provide the physical damage insurance through an existing policy owned or controlled by you that is acceptable to us. You are not required to buy any other insurance to obtain credit.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

Check the Insurance you want and sign below:

**Optional Credit Insurance**

☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both
☐ Credit Disability: ☐ Buyer ☐ Co-Buyer ☐ Both

Premium:
Credit Life $ _____ N/A
Credit Disability $ _____ N/A

Insurance Company Name _____

Home Office Address _____

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance pays the unpaid part of the Amount Financed if you die. This insurance pays only the amount you would owe if you paid all your payments on time. Credit disability insurance pays the scheduled payments due under this contract while you are disabled. This insurance does not cover any increase in your payment or in the number of payments. The policies or certificates issued by the named insurance companies may further limit the coverage that credit life insurance or credit disability insurance provides. See the policies or certificates for coverage limits or other terms and conditions.

**Late Charge.** If payment is not paid in full within 10 days after it is due, you will pay a late charge. If the vehicle is a heavy commercial motor vehicle, the charge will be 4% of the part of the payment that is late. Otherwise, the charge will be 2% of the part of the payment that is late.
**Prepayment.** If you pay early, you will not have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

### ITEMIZATION OF AMOUNT FINANCED (Seller may keep part of the amounts paid to others.)

| 1 Cash Price | | |
|---|---|---|
| Vehicle | | $ 118495.00 |
| Accessories and Installation | | $ N/A |
| Government Taxes | | $ 3388.80 |
| Vehicle Delivery | | $ N/A |
| to _____ | for _____ | $ N/A |
| to _____ | for _____ | $ N/A |
| to _____ | for _____ | $ N/A |
| to _____ | for _____ | $ N/A |
| to _____ | for _____ | $ N/A |
| to _____ | for _____ | $ N/A |
| to _____ | for _____ | $ N/A |
| to _____ | for _____ | $ N/A |
| | | $ 121883.80 (1) |

2 Total Downpayment =

Trade-In: 2024 CADILLAC ESCALADE
(Year) (Make) (Model)
Trade-In: 1GYS4FKL8RR303893
(VIN)

| Gross Trade-In Allowance | $ 85227.32 |
| Less Pay Off Made By Seller to _____ | $ 65227.32 |
| Equals Net Trade In | $ 20000.00 |
| + Cash | $ 10000.00 |
| + Other | $ 0.00 |
| + Other | $ N/A |
| + Other | $ N/A |
| (If total downpayment is negative, enter "0" and see 4H below) | $ -30000.00 |

3 Unpaid Balance of Cash Price (1 minus 2) _____ $ 91883.80

**Other Optional Insurance**

☐ _____ Type of Insurance _____ Term
Premium $ _____ N/A
Description of Coverage _____
Insurance Company Name _____
Home Office Address _____

☐ _____ Type of Insurance _____ Term
Premium $ _____
Description of Coverage _____
Insurance Company Name _____

EXHIBIT A

4  Other Charges Including Amounts Paid to Others on Your Behalf

A  Cost of Optional Credit Insurance Paid to Insurance Company or Companies
   Life          Term          $  0.00
   Disability    Term          $  0.00       $       0.00
B  Other Optional Insurance Paid to Insurance Company or Companies
   (Describe) _____ Term _____   $  N/A
   (Describe) _____ Term _____   $  N/A
C  Official Fees Paid to Government Agencies
   to _____ for _____    $  N/A
   to _____ for _____    $  N/A
   to _____ for _____    $  N/A
D  Optional Gap Contract                     $       0.00
E  Government Taxes Not Included In Cash Price  $  N/A
F  Government License and/or Registration Fees
                                             $       0.00
G  Government Certificate of Title Fees
   (Includes $ 5.00 security interest recording fee)   $  5.00
H  Other Charges (Seller must identify who is paid and describe purpose)
   to _____ for Prior Credit or Lease Balance  $  N/A
   to  DEALER         for  DOC FEE           $    464.00
   to  AUL ADMINISTRATOR for SERVICE CONT.   $   6000.00
   to  DEALER         for  PLATE FEE         $    100.00
   to _____ for _____    $       0.00
   to _____ for _____    $  N/A
   to _____ for _____    $  N/A
   to _____ for _____    $  N/A
   to _____ for _____    $  N/A
   to _____ for _____    $  N/A

Total Other Charges and Amounts Paid to Others on Your Behalf   $   6569.00 (4)

5  Amount Financed (3 + 4)                   $  98452.80 (5)
6  Finance Charge                            $  19830.24 (6)
7  Total of Payments-Time Balance (5 + 6)    $ 118283.04 (7)

Home Office Address _____

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above.

X _____
Buyer Signature                Date

X _____
Co-Buyer Signature             Date

THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS.

Returned Check Charge: You agree to pay the costs we actually pay to others if any check you give us is dishonored.

OPTIONAL GAP CONTRACT. A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term _____ N/A _____ Mos.
        N/A
Name of Gap Contract

I want to buy a gap contract.

Buyer Signs X _____

If you do not meet your contract obligations, you may lose the vehicle.

OPTION: ☐ You pay no finance charge if the Amount Financed, Item 5, is paid in full on or before _____, Year _____, SELLER'S INITIALS _____

Agreement to Arbitrate: By signing below, you agree that, pursuant to the Arbitration Provision on the reverse side of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.

Buyer Signs X _Ranjit Sign_ _____ Co-Buyer Signs X _____

HOW THIS CONTRACT CAN BE CHANGED. This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding.   Buyer Signs X _Ranjit S_  Co-Buyer Signs X _____
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
You authorize us to obtain information about you, or the vehicle you are buying, from the state motor vehicle department or other motor vehicle registration authorities.
See back for other important agreements.

The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.

NOTICE TO BUYER. DO NOT SIGN THIS CONTRACT IN BLANK. YOU ARE ENTITLED TO AN EXACT COPY OF THE CONTRACT YOU SIGN. KEEP IT TO PROTECT YOUR LEGAL RIGHTS. ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE BUYER COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE BUYER SHALL NOT EXCEED AMOUNTS PAID BY THE BUYER HEREUNDER.

Buyer Signs X _Ranjit S_ Date 08/29/26  Co-Buyer Signs X _____ Date 08/29/

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You acknowledge that you have read both sides of this contract, including the arbitration provision on the reverse side, before signing below. You confirm that you received a completely filled-in copy when you signed it.

Buyer Signs X _Ranjit S_ Date 08/29/26  Co-Buyer Signs X _____ Date 08/29/
Buyer Printed Name  RANJIT SINGH           Co-Buyer Printed Name _____

If the "business" use box is checked in "Primary Use for Which Purchased": Print Name _____   Title _____

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X _____   Address _____
Seller signs  INCE DRIVEN          Date 08/29/26 X _____   Title _____

Seller assigns its interest in this contract to  PEOPLES SECURITY BANK AND TRUST  (Assignee) under the terms of Seller's agreement(s) with Assignee.

☐ Assigned with recourse      ☒ Assigned without recourse     ☐ Assigned with limited recourse
Seller INCE DRIVEN
By X _____                                           Title _____

LAW FORM NO. 553-PA-ARB

ORIGINAL LIENHOLDER