**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PEOPLES SECURITY BANK & TRUST** | : | |
| Plaintiff, | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO.  26-772** |
| | : | |
| **RANJIT SINGH** | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 20th day of April, 2026, upon review of Plaintiff's Motion for Alternative Service Pursuant to Special Order of the Court (ECF No. 6), it is hereby **ORDERED** that the Motion is **DENIED** without prejudice.

**BY THE COURT:**

/s/ Catherine Henry

**CATHERINE HENRY, J.**